IN THE UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ATM SHAFIQUL KHALID | ) |
| | ) |
| | ) |
| Petitioner-Appellant | ) |
| | ) |
| | ) No. 23-1098 |
| | ) |
| COMMISSIONER OF INTERNAL REVENUE | ) |
| | ) |
| Respondent-Appellee | ) |

APPELLEE'S MOTION FOR A 45-DAY EXTENSION
OF TIME TO FILE HIS ANSWERING BRIEF

The Commissioner of the Internal Revenue Service ("Commissioner"), appellee herein, respectfully moves for an extension of forty-five (45) days, to and including Monday, October 23, 2023,* within which he can file his answering brief in the above-captioned appeal. In support of this motion the undersigned counsel states as follows:

1. Pursuant to the Court's briefing order, the appellee's answering brief is currently due Wednesday, September 6, 2023. Appellee has not previously requested an extension.

---

* The forty-fifth day after September 6, 2023 is Saturday, October 21, 2023. *See* Fed. R. App. 26(A)(1(C).

- 2 -

2. I am currently assigned as lead attorney representing the Commissioner in the instant case. Appellant filed his opening brief on Wednesday, August 9, 2023.

3. I was on personal travel from Tuesday, August 8, 2023, through Saturday, August 19, 2023.

4. I am assigned as lead attorney representing the Commissioner in the case *Bryan Edward Menge v. Daniel I. Werfel, Commissioner of the Internal Revenue Service* (1st Cir. – No. 23-1245) in which the Commissioner's response brief was filed on Thursday, August 24, 2023.

5. I had family medical appointments on Wednesday, August 30, 2023, and other various family medical appointments scheduled in September 2023, including ones on Friday, September 1, 2023, and on Wednesday, September 6, 2023.

6. The federal Labor Day holiday is Monday, September 4, 2023.

7. I am also currently assigned as lead attorney representing the Commissioner in the case *George J. Smith; Sheila Ann Smith v. Commissioner of Internal Revenue* (9th Cir. – No. 22-70200) in which the Commissioner's response brief is due to be filed, on extension, on Wednesday, September 27, 2023.

19631122.1

8. In accordance with the standard procedures of the Tax Division, the brief for the Commissioner of Internal Revenue, like all other briefs, must be submitted to a supervisory attorney several days before it is due to this Court.

9. The additional time requested is necessary to enable this office to finish the preparation and review of the brief for the appellee and to file a brief that would better assist the Court.

WHEREFORE, it is respectfully requested that the Court grant to the appellee an extension of 45 days, to and including Monday, October 23, 2023, within which he can file his answering brief.

Respectfully submitted,

/s/ Richard L. Parker
RICHARD L. PARKER
Attorney, Appellate Section
Tax Division
Department of Justice
Post Office Box 502
Washington, D.C. 20044
(202) 307-3684
Counsel for the Appellee

Dated: This 30th day August, 2023.

19631122.1

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **ATM SHAFIQUL KHALID** | ) |
| | ) |
| Petitioner-Appellant | ) |
| | ) |
| | ) No. 23-1098 |
| | ) |
| **COMMISSIONER OF INTERNAL REVENUE** | ) |
| | ) |
| Respondent-Appellee | ) |

## DECLARATION

Richard L. Parker, of the Department of Justice, Washington, D.C., states as follows:

1. I am an attorney employed in the Appellate Section, Tax Division, United States Department of Justice.

2. The facts recited in the foregoing motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 30th day of August, 2023, in Washington, D.C.

/s/ Richard L. Parker
RICHARD L. PARKER
Counsel for the Appellee

19631122.1

# CERTIFICATE OF COMPLIANCE

## Certificate of Compliance With Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because:

   [X]   this document contains _438_ words, *or*

   [ ]   this document uses a monospaced typeface and contains [*state the number of*] lines of text

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) (as incorporated by Fed. R. App. P. 27(d)(1)(E)) because:

   [X]   this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook, *or*

   [ ]   this document has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

/s/ Richard L. Parker
   RICHARD L. PARKER
   Attorney for Appellee

Dated:  August 30, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I electronically filed a PDF version of the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

I further certify that a paper copy of the foregoing extension motion has been mailed, by First-Class Mail, postage prepaid, to the following non-CM/ECF participant, who is appearing *pro se*, in an envelope addressed as follows:

>   ATM Shafiqul Khalid
>   17446 NE 28th Street
>   Redmond, WA 98052

>   /s/ Richard L. Parker
>   RICHARD L. PARKER
>   *Attorney*

19631122.1